UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:23-cv-102-BJB

RONNIE PARKER                                      PLAINTIFF

v.        <u>NOTICE OF REMOVAL OF CIVIL ACTION NO. 23-CI-00122
FROM HOPKINS CIRCUIT COURT,
HOPKINS COUNTY, KENTUCKY</u>

*Electronically Filed*

GERON L. PRIMM and
J.B. HUNT TRANSPORT, INC.                           DEFENDANTS

\* \* \* \* \*

Come the Petitioners, JB Hunt Transport, Inc., and Geron L. Primm, by counsel, and file this notice of removal of Civil Action Number 23-CI-00527 from the Circuit Court of Hopkins County, Kentucky, to the United States District Court for the Western District of Kentucky, Owensboro Division. In support of this filing, Petitioners state as follows:

        1.       Petitioners, JB Hunt Transport, Inc., and Geron L. Primm, are Defendants in a civil action brought against them in the Circuit Court of Hopkins County, Kentucky, titled *Ronnie Parker v. Geron L. Primm and JB Hunt Transport, Inc.,* bearing Civil Action Number 23-CI-00527.

        2.       Copies of all process, pleadings, and orders served on or by Petitioners in the state court action are attached hereto as Exhibit A.

        3.       Said action was commenced by the filing of a complaint against these Petitioners in Hopkins County, Kentucky Circuit Court on or about August 18, 2023. Petitioner JB Hunt Transport, Inc. received notice of the claim via service through the Secretary of State on or about August 23, 2023. Petitioner Geron L. Primm received

4888-8292-5183, v. 1

notice of the claim via service through the Secretary of State on or about September 5, 2023.

    4.    The controversy between Plaintiff and Petitioners is a controversy between citizens of different states.

    (a)    Plaintiff, Ronnie Parker has been identified in the complaint as a citizen of Kentucky, and based upon reasonable information and belief, was residing in Kentucky as a citizen on the date of the subject accident, and at all times thereafter, through and including the present time.

    (b)    Petitioner, Geron L. Primm, is a resident and citizen of the state of Tennessee, and was residing in Tennessee as a citizen on the date of the subject accident, and at all times thereafter, through and including the present time.

    (c)    Petitioner, J.B. Hunt Transport, Inc. is a Georgia Corporation with its principle place of business in Lowell, Arkansas, and thus is deemed to be a citizen of Georgia and Arkansas.

    (d)    To the best of Petitioners' knowledge and information, Plaintiff will claim as damages a sum of money exceeding Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiff claims past and future medical expenses as a result of the accident in the amount of $215,376.23. Plaintiff also claims that he has suffered past mental and physical pain and suffering and will endure such suffering in the future. Plaintiff further claims loss of wages and diminished earning capacity to labor and earn income. Prior to litigation, Plaintiff, through counsel, demanded JB Hunt Transport Inc.'s insurance coverage policy limits, which exceed the jurisdictional requirement of this Court.

5.      The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. § 1441, *et seq.* (including § 1446(b)) within thirty (30) days of Petitioners receiving notice of the subject lawsuit through service of the complaint.

WHEREFORE, Petitioners pray that this notice of removal be filed; that said action being Civil Action Number 23-CI-00572 currently in the Hopkins Circuit Court, be removed to and proceed in this Court; and that no other further proceedings be had in the Circuit Court of Hopkins County, Kentucky.

        Respectfully submitted,

| | |
|---|---|
| DANIEL E. MURNER | (No. 82715) |
| ELIZABETH WINCHELL | (No. 92088) |
| LACEY FIORELLA | (No. 92006) |
| ESTEE ROSE | (No. 99038) |
| ZONYA MYERS | (No. 100060) |

LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  (859) 255-2424

BY:      /s/Daniel E. Murner
      COUNSEL FOR DEFENDANT,
      J.B. HUNT TRANSPORT, INC.

4888-8292-5183, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, the foregoing was filed through CM/ECF system, and was sent by email to:

Nicholas K. Haynes        (nhaynes@wewin.com)
ISAACS & ISAACS, PSC   (kierst@wewin.com)
1601 Business Center Court
Louisville, KY  40299
*Counsel for Plaintiff,*
*Ronnie Parker*

                                                     BY:    /s/Daniel E. Murner
                                                               COUNSEL FOR DEFENDANT,
                                                               J.B. HUNT TRANSPORT, INC.